AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

UNITED STATES OF AMERICA,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: **3:91-CR-00057-ECR**

JAY J. REGAS,

    Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_x_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant/Movant's Motion to Have His Life Sentence Set Aside as Illegal [1802] pursuant to 28:2255 is DENIED.

 June 29, 2011                                      **LANCE S. WILSON**
    Date                                                        Clerk

                                                        /s/   M. Campbell
                                                            Deputy Clerk